# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:02-CR-553-PMP-PAL |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| SHANE LOYD, ) | |
| Defendant. ) | |
| _____ ) | |

On July 6, 2010, the Federal Public Defender was appointed to represent Shane Loyd. The Court has now been informed that a conflict has arisen.

Accordingly, IT IS HEREBY ORDERED that attorney, Jay L. Siegel, Esq., is appointed as counsel for Shane Loyd for all future proceeding.

DATED this 8th day of July, 2010.

PHILIP M. PRO
United States District Judge